IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER SINCLAIR,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-1514** |
| | : | |
| **RONALD RADIO,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 21st day of June, 2024, upon consideration of Plaintiff Peter Sinclair's second Motion to Proceed *In Forma Pauperis* (ECF No. 6), *pro se* Complaint (ECF No. 2), and Emergency Motion for Order (ECF No. 8), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

   a. Sinclair's constitutional claims are **DISMISSED WITH PREJUDICE**;

   b. All claims asserted on behalf of the Estate of Donna Radio are **DISMISSED WITHOUT PREJUDICE**;

   c. Sinclair's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. Sinclair's Emergency Motion for Order is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**